UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 8 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JUDY ANN ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.<br>) 5:06-CV-0053-C |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) ECF |
| Defendant. | ) |

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed her Report and Recommendation on November 30, 2006. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and numbered cause is hereby dismissed with prejudice.

Dated this 8th day of January, 2007.

SAM R. CUMMINGS
United States District Judge